# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 SEP -3  PM 1:53

Civil Action No. _____1:25-cv-02161_____

(To be supplied by the court)


_____Michelle Lee_____, Plaintiff


v.                                                          **Jury Trial requested:**

                                                            **(please check one)**

                                                            **__X_ Yes ___ No**

**Defendants**

_____Kimberly  H. Tyson_____,

_____Tom H. Connolly_____

_____John Scalan_____,

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names of the defendants listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

**COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

<u>      Michelle Lee  16480 Fairway dr. Commerce City Co. 80022</u>

(Name and complete mailing address)

<u>                        346-554-9725   Leedreamgoddes @gmail.com</u>

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant:1 John Scanlan  Attorney At Law1726 Champa St., 3EDenver, CO 80202

Defendant: 2

CHAPTER 7 TRUSTEE: Tom H. Connolly PO Box 68 Lafayette, CO 80026-0068

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:    Kimberly H. Tyson

(Name and complete mailing address)

KHT_Courtroom@cob.uscourts.gov

(Telephone number and e-mail address if known)

Defendant 4:

(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

 _X___    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution,

   laws, or treaties of the United States)

**Federal Question pursuant to 28 U.S.C. § 1331:**

This Court has jurisdiction over this action under 28 U.S.C. § 1331 because the claims asserted herein arise under the constitutional rights secured by the United States Constitution, including but not limited to violations of my rights under the Fifth and Fourteenth Amendments to the U.S. Constitution. Specifically, the complaint alleges violations of civil rights under 42 U.S.C. § 1983, as well as criminal conduct such as obstruction of justice in violation of 18 U.S.C. §§ 1503 and 1512, which are actionable under federal law. These claims involve federal questions relating to the deprivation of constitutional rights, due process violations, and obstruction of justice by state and federal Employees /Attorneys  acting under color of law.

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

## _____ Federal Statutes:

- 42 U.S.C. § 1983,**18 U.S.C. § 1503 (Obstruction of Justice):**
  Criminal statute prohibiting efforts to influence, obstruct, or impede the administration of justice, including acts such as intimidation, bribery, or corrupt efforts to interfere with judicial proceedings.
- **18 U.S.C. § 1512 (Tampering with a Witness, Victim, or Investigator):**
  Criminalizes tampering, influencing, or intimidating witnesses or officials with the intent to impede proceedings or conceal evidence, and includes acts of obstructing justice.
- **28 U.S.C. § 1746 (Unsworn declarations under penalty of perjury):**
  Often used as a statutory basis for affidavits or declarations when sworn statements are required.

## 2. Constitutional Provisions:

- **Fifth Amendment to the U.S. Constitution:**
  Protects against self-incrimination, double jeopardy, and ensures due process of law.
- **Fourteenth Amendment to the U.S. Constitution:**
  Guarantees equal protection under the law and due process rights, including fair hearings and procedural fairness in judicial proceedings.
- Under **28 U.S.C. § 1654**, individuals have the right to represent themselves in court

  ("self-representation") and should not be penalized or disadvantaged for doing so

_____        Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or

corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of **_____**.

 If Defendant 1 is an individual, Defendant 1 is a citizen of

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s). If additional space*

# Claims Against Judge Kimberly Tyson

### I. Introduction

The plaintiff asserts that Judge Kimberly Tyson has conducted herself in a manner that violates fundamental constitutional rights, ethical standards, and statutory laws designed to secure the integrity of the judicial process. The allegations, supported by specific facts and applicable law, demonstrate a pattern of misconduct that warrants judicial scrutiny and appropriate remedy.

### II. The Court's Actions Violated the Plaintiff's Constitutional Rights

### A. Violation of Due Process (Fifth and Fourteenth Amendments)

Due process under the Fifth and Fourteenth Amendments guarantees that every litigant shall have the opportunity to be heard, to present evidence, and to challenge adverse rulings before they become final. The court's issuance of Order Final Docket #162 based on false, misleading, and incomplete information (Dockets 119, 118, 151, etc.) deprived the plaintiff of this fundamental right:

- *See, e.g., Mathews v. Eldridge, 424 U.S. 319 (1976)* (procedural due process requires notice and an opportunity to be heard).
- The court's failure to consider ex parte communications and the plaintiff's constitutional challenges further deprived her of a meaningful opportunity to contest the facts and law.

### B. Violations of Equal Protection

The court's reliance on fraudulent evidence and refusal to address constitutional claims created unequal treatment of the plaintiff compared to other parties entitled to fair proceedings.

- *See, e.g., Plyler v. Doe, 457 U.S. 202 (1982)* (equal protection mandates that similarly situated individuals be treated equally).

### C. Denial of Fair and Impartial Hearing

By dismissing constitutional claims and relying on manipulated evidence, the court undermined the plaintiff's right to a fair and impartial judiciary.

7

- *See, e.g., Tumey v. Ohio, 273 U.S. 510 (1927)* (requiring impartiality; a judge must be free of bias).
- The refusal to investigate or correct false evidence and misconduct effectively denied the plaintiff her right to a fair hearing, protected under *Canon 3B(7)* of the Model Code of Judicial Conduct and Federal Rule of Civil Procedure 1.

## III. Judicial Misconduct and Violations of Statutes

### A. Improper Use of Rule 60(a) (Federal Rules of Civil Procedure)

The court improperly employed Rule 60(a) to make substantive changes to orders, which is expressly limited to clerical errors.
- *See, e.g., Rodriguez v. Sied, 480 F.3d 1041, 1044 (10th Cir. 2007)* (Rule 60(a) is for clerical errors only).
- The misuse of this rule resulted in a wrongful reversal of $300,000, harming the plaintiff's financial rights and delaying the proceedings.

### B. Obstruction of Justice (18 U.S.C. §§ 1503 and 1512)

The misconduct, including reliance on false evidence, ignoring constitutional violations, and improper order modifications, constitutes obstruction of justice.
- *See, e.g., United States v. Aguilar, 515 U.S. 593 (1995)* (obstruction statutes prohibit acts that impair judicial proceedings).
- The judge's actions interfere with the lawful, impartial administration of justice, violating federal statutes designed to prevent such conduct.

### C. Fraud Upon the Court

The court's reliance on evidence known to be false (see Docket #156 vs. #84) constitutes fraud upon the court.
- *See, e.g., Hazel-Atlas Glass Co. v. Hartford-Empire Co., 324 U.S. 574 (1945)*.
- This deceit caused wrongful rulings, property loss, and emotional distress.

## IV. Lack of Fair Treatment for a Pro Se Litigant

The plaintiff, proceeding pro se, is entitled under 28 U.S.C. § 1654 and Rule 8 to fair, equitable treatment without being unfairly held to the standards of a licensed attorney.
- *See, e.g., Estelle v. Gamble, 429 U.S. 97 (1976)* (access to justice includes fair treatment for self-represented litigants).
- The court's failure to afford such treatment violates these protections and the principle of equal justice under law.

## Defendants are Government Actors Acting Under Federal Law

The defendants—Judge Tyson, Trustee Connolly, and Attorney Scanlan—are not private individuals merely acting outside the scope of government authority. Instead, they are government actors acting under federal law, which makes them "acting under color of law" within the meaning of § 1983.

# Supporting Federal Law and Case Law:

1. Federal Law and Judicial Authority:
- 28 U.S.C. § 152 (Bankruptcy Judges) states that bankruptcy judges "shall hold office during good behavior," and are state officials executing federal judicial functions.
- 28 U.S.C. § 581 and § 586 outline the powers and duties of bankruptcy trustees, as federal officers appointed and paid by the government to perform judicial functions.
2. Supreme Court Cases Recognizing Court Officers as Actionable Under Color of Law:
- West v. Atkins, 487 U.S. 42 (1988):
  *Holding:* A private physician providing medical services under a federal Medicaid program, acting within the scope of their employment, was considered a state actor for purposes of § 1983.
  *Implication:* Court officers, whether federal or state, acting within their official capacities are "acting under color of law."
- Filarsky v. Delia, 566 U.S. 377 (2012):
  *Holding:* Private professionals hired by the government to perform official functions are acting under color of law if they perform public duties, even if paid privately.
  *Implication:* A court-appointed attorney acting within their official capacity is considered a government actor.
- Wyatt v. Cole, 504 U.S. 158 (1992):
  *Holding:* Government officials acting within their official duties are subject to § 1983 liability if they violate constitutional rights.


The judge's assertion that "the only proper defendants in a § 1983 action are those who 'represent [the state] in some capacity, whether they act in accordance with their authority or misuse it'" is overly narrow and overlooks circumstances where private actors and federal officials may act under color of law.

1. Federal Officials and Actions:
   While the cited case, NCAA v. Tarkanian, emphasizes state actors, it does not

exclude federal officials from liability under § 1983 when they act in their official capacity.** The Supreme Court has clarified that federal actors can be held liable under § 1983 if they deprive individuals of constitutional rights while acting under color of federal law**. For example, federal bankruptcy judges, although not state actors, are government officials authorized to perform judicial functions.

2. **Private Actors Acting in Concert or Under State Authority:**
   The statement ignores situations where private persons, such as attorneys or trustees, act in concert with or at the behest of the government. Courts have recognized "state action" when private actors perform functions traditionally and exclusively reserved for the state or are entangled with government officials.

   For example, a private attorney facilitating a government goal or acting as an instrument of the state may be subject to § 1983 liability if their conduct violates constitutional rights.

3. **Misuse of Authority & State Enabling:**
   The phrase "whether they act in accordance with their authority or misuse it" suggests that even misuse should qualify. However, the key is whether the act was committed "under color of law", not whether the actor acted improperly. By focusing solely on proper representation, the argument overlooks intentional or reckless violations committed under the guise of authority, which are precisely what § 1983 aims to address.

4. **Legal Precedent on Federal officials and Private Actors:**
   - Federal officials performing functions under federal authority may be considered state actors in certain contexts (see Kelley v. Johnson, 425 U.S. 238 (1976)).
   - Private attorneys or trustees acting within the scope of their official duties, especially if acting at the direction or with the support of the government, may also be liable under § 1983 (see Filarsky v. Delia, 566 U.S. 377 (2012)).

---

**Conclusion:**
The assertion that only "state representatives" can be proper defendants under § 1983 dismisses important legal principles that recognize federal actors and private individuals can be liable when acting under color of law. The plaintiff's claim should be evaluated based on whether these defendants were acting in their official capacities and under color of law, not solely on their status as private or federal officials.

**Trustee Amendment:**

1. **Fiduciary Duty to Creditors and the Estate:**
   - **Acting in the best interests of creditors and the estate, including avoiding conflicts of interest.**
   - **Ensure compliance with bankruptcy laws and regulations: Adhering to the provisions of the Bankruptcy Code (11 U.S.C.) and related statutes.**
   - **Follow court orders: Implementing and respecting orders issued by the bankruptcy court throughout the case.**
2. **Violation of Due Process under the Fifth and Fourteenth Amendments:**
   - **The trustee's extrajudicial communication infringed on my rights to fair legal procedures and equal protection by unfairly influencing the case outside of court proceedings.**
3. **Federal Fiduciary Duty Violations:**
   - **Under federal bankruptcy law (11 U.S.C. § 704), trustees was obligated to operate transparently and in accordance with the law. Improper extrajudicial contacts breached his duties.**
4. **Violations of Bankruptcy Rules:**
   - **Bankruptcy Rule 9011 requires that filings and representations to the court are made in good faith and with proper legal basis. Conduct outside court, especially if it influences the case improperly, the ex parte communication influenced the case improperly. It caused substantial harm to me and violated the rules.Calling an opposing attorney outside the record to influence a case issue when the court has not authorized such communication.Ultramares or Ultra Vires Acts refer to actions taken by an individual or entity beyond their lawful authority or powers, which can cause harm and serve as grounds for legal action**

# United States v. Komer, 1975

- **The Supreme Court recognized the ultra vires doctrine in administrative law, emphasizing that federal agencies must operate within the authority granted by Congress.**
  *"An agency's actions that are ultra vires are invalid*
    - 
5. **Improper Ex Parte Communications: Docket 156**

   **Evidence clearly states by opposing counsel they received a call from trustee and the left the voice mail which initiated the case and the opposing counsel testified to the point. They would have not reopened the case if the trustee had not left the voice mail on record in court at the hearing held on 6/20/2025.**

- ○ **Ex parte communications are prohibited in federal courts, including bankruptcy proceedings, infringed on my right to notice and a fair process.**

**8/29/25 I ask the court to have the trustee recused from the court.**

**The judge's conclusion that the plaintiff cannot pursue claims under 42 U.S.C. § 1983 against the defendants based solely on the assertion that they are private individuals—such as a private attorney, a federal bankruptcy judge (who is a federal official, not a state actor), and a Chapter 7 trustee—is overly restrictive and overlooks relevant legal principles.**

**Key points to challenge:**
- **A federal bankruptcy judge operates under federal law, but their actions may still be subject to constitutional scrutiny if they violate rights, especially when acting in their official capacity.**
- **The principle is not as rigid as the Court suggests, and its application depends on the nature of the conduct, not merely the identity of the defendant.**
3. **Private Actors and State Involvement**
   **In certain contexts, private individuals or entities—like a trustee or private attorney—may be deemed to act under color of law if they perform functions that are traditionally and exclusively performed by the state, or if they are working in concert with government officials.**
   **For example:**
- **A trustee executing official judicial duties.**
- **Private attorneys acting at the behest of or in coordination with government agencies or officials are liable under § 1983.**
4. **Purpose of § 1983**
   **The primary goal of § 1983 is to deter and remedy violations of federally protected rights by anyone acting under color of law, whether federal, state, or local.**
- **The scope of "under color of law" is thus broader than the judge suggests and includes conduct of government action when it is a constitutional rights violation.**

**Conclusion:**
**The defendant's legal status alone (private attorney, federal judge, trustee) does not automatically preclude liability under § 1983. The determination should be based on the nature of the conduct and whether it was carried out under color of law—not solely on formality or on the label of the actor.**
**Therefore, the Court should carefully evaluate whether the defendants' actions fall within the scope of "acting under color of law," rather than dismissing § 1983 claims based on overly narrow interpretations of "state action."**

# PRAYER FOR RELIEF

**WHEREFORE, the plaintiff respectfully requests that this Court:**

1. **Declare that the actions and rulings challenged herein violate the plaintiff's rights under the Fifth and Fourteenth Amendments, 42 U.S.C. § 1983, and applicable federal and state laws;**
2. **Order the recusal of Judge Tyson and Trustee Tom Connolly from this case due to conflict of interest and pending related litigation against them;**
3. **Permanently enjoin Judge Tyson from further participation in this matter to prevent further violations of constitutional and procedural rights;**
4. **Order an investigation into the alleged misconduct, fraud, and obstruction of justice by Judge Tyson, Trustee Connolly, and involved parties;**
5. **Award damages, including but not limited to financial damages, emotional distress, and any other relief the Court deems just and proper;**
6. **Parties: All parties involved in this case, including the plaintiff, Judge Kimberly Tyson, Trustee Tom Connolly, and any other defendants, shall participate in good-faith mediation.**
7. **Mediation Process: The parties shall jointly select a neutral mediator. If the parties are unable to agree on a mediator within 14 days, the Court will appoint one.**
8. **Deadline for Mediation: The parties shall complete mediation, and if a settlement is not reached, shall at least engage in meaningful settlement discussions within 30 days from the entry of this order.**
9. **Participation: All parties and their counsel are required to participate fully, in good faith, and be prepared to negotiate and consider settlement offers.**
10. **Report to Court: Within 45 days after the mediation conference(s), the parties shall jointly notify the Court of the outcome, including whether a settlement was achieved or whether further proceedings are necessary.**
11. **Further Proceedings: This case shall be stayed or continued as appropriate pending the resolution of mediation.**
12. **Sanctions for Non-compliance: Failure to participate in good faith.**

# Conclusion:

**Given the allegations that the defendants acted unlawfully, outside their official discretionary functions, or in violation of clearly established constitutional rights, they are not protected by qualified immunity. Therefore, the plaintiff has a sufficient basis to sue these defendants for damages and injunctive relief.**

**F.        PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**(Plaintiff's signature)**

**(Date)**

**(Revised February 2022)**